# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of New York

Index Number: 07CV10456                                                    Date Filed: _____

Plaintiff:
**Rob Landley and Erik Anderson**

vs.

Defendant:
**High-Gain Antennas, L.L.C.**

For:
Software Freedom Law Center
1995 Brodway, 17th Floor
New York, NY  10023-5882

Received by SWAY SERVICES to be served on **High- Gain Antennas, L.L.C., 11679 S. Cormorant Circle, Parker, CO 80134**.

I, Jim Watson, being duly sworn, depose and say that on the **2nd day of December, 2007** at **8:54 pm**, I:

afirm that I served the **Summons in a civil action** upon **High- Gain Antennas, L.L.C.** by leaving the papers with **Richard Thomas Bruckner  (Reg. Agent)** who is an agent authorized and/or designated to receive service for **High- Gain Antennas, L.L.C.** . Service was made at the usual place of business located at **11679 S. Cormorant Circle, Parker, CO 80134** .

I certify that I am over the age of 18, have no interest in the above action. Service was made pursuant to the rules and regulations of the State of Colorado.

_Jim Watson_ (signature)

Subscribed and Sworn to before me on the 5th day of December, 2007 by the affiant who is personally known to me.

_Tara A. Minto_ (signature)
NOTARY PUBLIC
My commission expires_____

TARA ANN MINTO
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 02/01/20__

SWAY SERVICES
16346 E. Fremont Ave. Ste. 12
Centennial, CO  80016
(866) 699-5152

Our Job Serial Number: 2007005506

Service Fee: $130.00