SO ORD, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

        Plaintiffs,

v.

HIGH-GAIN ANTENNAS, LLC, a
Colorado corporation,

        Defendant.

-------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-07
```

Case No. 07-CV-10456-LBS

**ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER**

IT IS HEREBY ORDERED that Defendant High-Gain Antennas, LLC has until February 1, 2008, to answer or otherwise respond to the Complaint filed on November 19, 2007 by Plaintiffs Erik Andersen and Rob Landley.

IT IS SO ORDERED.

DATED: 12/17/07

_____
LEONARD B. SAND
United States District Judge