SAND, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

ERIK ANDERSEN, an individual;
ROB LANDLEY, an individual,

        Plaintiffs,

        v.

HIGH-GAIN ANTENNAS, LLC, a
Colorado corporation,

        Defendant.

----------------------------------------------------------x

Case No. 07-CV-10456-LBS

**NOTICE OF VOLUNTARY DISMISSAL**

        Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Erik Andersen and Rob Landley hereby dismiss this action against defendant High-Gain Antennas, LLC WITHOUT PREJUDICE, and without costs to any party.


DATED: New York, NY
        March 3, 2008

SOFTWARE FREEDOM LAW CENTER

_____
Daniel B. Ravicher, Esq. (DR1498)
1995 Broadway, 17th Floor
New York, NY 10023-5882
(212) 580-0800

*Attorneys for plaintiffs Erik Andersen and Rob Landley*

SO ORDERED: _____

Hon. Leonard B. Sand
United States District Judge